1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11    FRANK WILLIAM CAVATAIO,              Case No. 2:19-cv-01325-GMN-NJK

12                  Petitioner,            **ORDER**

13         v.

14    JERRY HOWELL, et al.,

15                  Respondents.

16

17         The court directed petitioner to do three things. First, petitioner needed either to pay the

18    filing fee of $5.00 or to file a complete application to proceed in forma pauperis. Second,

19    petitioner needed to show cause why the court should not dismiss the action because he has not

20    exhausted any of his grounds for relief in the state courts. Third, petitioner needed to file an

21    amended petition to correct defects in his allegations. ECF No. 3.

22         Petitioner has filed an application to proceed in forma pauperis. ECF No. 7. However,

23    the application is incomplete, because petitioner did not include a statement of his inmate account

24    and a financial certificate signed by the correct prison official.

25         Petitioner has filed a copy of a motion to correct illegal sentence and a copy of a response

26    to the opposition to the motion to correct illegal sentence, both of which he has filed in the state

27    district court. ECF No. 6, 8. As petitioner himself notes, the state district court has not yet ruled

28    on the motion, and thus he could not have appealed any denial of the motion. The court also has

                                              1

searched again the on-line records of the Nevada Appellate Courts, and the court can find no

appeal under petitioner's name.[1]  The federal petition remains completely unexhausted.

For these two reasons, the court dismisses the action.  The dismissal will be without

prejudice.[2]  However, the court makes no statement about the timeliness of any subsequently

commenced habeas corpus action.  Reasonable jurists would not find the court's conclusions to be

debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF

No. 7) is **DENIED**.

IT FURTHER IS ORDERED that this action is **DISMISSED** without prejudice.  The

clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: October 9, 2019

_____
GLORIA M. NAVARRO
United States District Judge

---

[1]    http://caseinfo.nvsupremecourt.us/public/publicActorSearch.do (report generated October 9, 2019).

[2]    Petitioner also has not filed an amended petition.  If the court was not dismissing the action in its entirety, the court would need to dismiss grounds 2 and 3 of the initial petition.